1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re APPLE COMPUTER., DERIVATIVE LITIGATION | Case Number C-06-4128-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On October 19, 2006 the above entitled matter was deemed the Master File in the Apple Computer Derivative Litigation.  At that time, the Court consolidated the following cases under lead case number C-06-4128.   In light of the consolidation, the clerk shall administratively close the following cases: C-06-4454-JF; C-06-4493-JF; C-06-4703-JF; C-06-5035-JF; C-06-5246-JF; 06-5374-JF; C-06-5389-JF; C-06-06-5418-JF and C-06-5427-JF.

IT IS SO ORDERED.  4/22/08

JEREMY FOGEL
United States District Judge